**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-0199 (KBJ) |
| | ) | |
| U.S. DEPARTMENT OF TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order issued on May 13, 2013, Plaintiff Judicial Watch, Inc., and Defendant United States Department of Treasury hereby submit this joint status report to the Court concerning scheduling for briefing or disclosure in this case.

1.      Counsel for the defendant has represented to counsel for the plaintiff that the defendant may possess materials submitted by members of the public concerning the subject matter referenced in the plaintiff's FOIA request, or copies of press accounts concerning that subject matter.  The defendant offered to conduct a search for these materials.  The plaintiff confirmed that it did not request to receive these materials.

2.      The parties hereby submit for the Court's consideration the following schedule for the briefing of summary judgment motions:

a.      Wednesday, August 7, 2013: Defendant's Motion for Summary Judgment.

b.      Wednesday, August 28, 2013: Plaintiff's Opposition and Cross-Motion for Summary Judgment.

c.      Wednesday, September 18, 2013: Defendant's Reply and Opposition to

Plaintiff's Cross-Motion.

d.      Wednesday, September 25, 2013: Plaintiff's Reply.

Date:  May 24, 2013                         Respectfully submitted,


JUDICIAL WATCH, INC.                        STUART F. DELERY
/s/ Jason B. Aldrich                        Acting Assistant Attorney General
D.C. Bar No. 495488
                                            RONALD C. MACHEN, JR.
/s/ Paul J. Orfanedes                       United States Attorney
D.C. Bar No. 429716
Suite 800                                   JOHN R. TYLER
425 Third Street, SW.                       Deputy Branch Director
Washington, DC 20024
Tel: (202) 646-5172                         /s/ Joel McElvain
Fax: (202) 646-5199                         JOEL McELVAIN
                                            Senior Trial Counsel
**Counsel for Plaintiff**                   United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue, N.W.
                                            Washington, DC 20530
                                            Tel: (202) 514-2988
                                            Fax: (202) 616-8202
                                            E-mail: Joel.McElvain@usdoj.gov

                                            **Counsel for Defendant**